**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 02-2015**

───────────

EDWARD S. POLLACK,

                              Plaintiff - Appellant,

        versus

FEDERAL BUREAU OF INVESTIGATION, a government
agency,

                              Defendant - Appellee.

───────────

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Patrick Michael Duffy, District
Judge.  (CA-02-2195-2-23)

───────────

Submitted:  October 24, 2002        Decided:  October 30, 2002

───────────

Before WIDENER, MICHAEL, and MOTZ, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Edward S. Pollack, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Edward Pollack appeals the district court's order accepting the magistrate judge's recommendation dismissing without prejudice his civil action against the Federal Bureau of Investigation. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Pollack v. FBI, No. CA-02-2195-2-23 (D.S.C. Aug. 19, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED